To: Russ Reynolds
From: Christopher R. Barclay, Trustee
Case Name: Stephen Anthony Ross
Case Number: 16-00361-LA7
Date: April 16, 2019

FILED

2019 APR 18 PM 3: 23

CLERK
U.S. BANKRUPTCY CT
SO. DIST. OF CALIF.

## TRANSMITTAL OF UNCLAIMED FUNDS

## IN CHAPTER 7 CASE

It has been more than ninety days after the court approved the final distribution under 11 U.S.C. § 726. I have stopped payment on any check remaining unpaid. I am paying into the court all unclaimed funds. Attached is a check relating to the unclaimed or uncashed funds payable to the Registry of the U.S. Bankruptcy Court.

Pursuant to Federal Rule of Bankruptcy Procedure 3011, I am submitting a list of all known names and addresses of the parties and the amounts which they are entitled to be paid from remaining property of the estate that is being paid into court pursuant to 11 U.S.C. § 347(a).

| Name and Address of Party | Check Amount |
|---|---|
| Stephen Anthony Ross<br>2604-B El Camino Real, Apt. 290<br>Carlsbad, CA 92008-1214<br>(Surplus to Debtor) | $6,479.17 |
| Total | $6,479.17 |